UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL     **JS-6**

| | |
|---|---|
| Case No. CV 16-08180-CBM (AFMx) | Date September 25, 2017 |

Title   Urban Textile, Inc.  v.  Hot Ginger, Inc., et al.

Present: The Honorable   CONSUELO B. MARSHALL,  UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS)    ORDER AND NOTICE TO ALL PARTIES**

On  September 8, 2017,  the Court issued an order instructing the parties to file their stipulation and order for dismissal or judgment by September 22, 2017, in light of the parties settlement.  As of this date no dismissal order has been filed.

It is therefore ordered that this action is hereby dismissed without prejudice as to defendants 599Fashion, Inc. and Shnorik Zargaryan.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS SO ORDERED.